

# NUMBER 13-26-00016-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAVIER RODRIGUEZ, ET. AL.,                                        Appellants,

v.

GASTROENTEROLOGY
CONSULTANTS OF SOUTH
TEXAS, PLLC D/B/A TEXAS
DIGESTIVE SPECIALISTS,                                        Appellee.

## ON APPEAL FROM THE 103RD DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Fonseca

This matter is before the Court on appellants' unopposed motion to dismiss appeal. Based on the motion, appellants request that the appeal be dismissed.

The Court, having considered appellants' unopposed motion to dismiss, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1).

Therefore, appellants' unopposed motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at the appellants' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
18th day of June, 2026.